(Official Form 1) (12/03)

| FORM B1 | **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**SIBBITT, MARY JO** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**AKA MARY JO DAWE** | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>**xxx-xx-1327** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**21 W. 611 GLEN PARK ROAD**<br>**CLEN ELLYN, IL 60137** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the Principal Place of Business: **Du Page** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| ■ Individual(s) | ☐ Railroad | ☐ Chapter 7    ■ Chapter 11    ☐ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9    ☐ Chapter 12 |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding |
| ☐ Other_____ | ☐ Clearing Bank | |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ☐ Consumer/Non-Business    ■ Business | ■ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | ☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |

**Statistical/Administrative Information** (Estimates only)    THIS SPACE IS FOR COURT USE ONLY
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

**(Official Form 1) (10/03)** — **FORM B1**, Page 2

# Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s): **SIBBITT, MARY JO**

## Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| USBC ND ILL | 05-18800 | 5/11/05 |

## Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| - None - | | |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ MARY JO SIBBITT**
Signature of Debtor **MARY JO SIBBITT**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**October 3, 2005**
Date

### Signature of Attorney

X  **/s/ Richard L. Hirsh**
Signature of Attorney for Debtor(s)
**Richard L. Hirsh 1225936**
Printed Name of Attorney for Debtor(s)
**Richard L. Hirsh & Associates, P.C.**
Firm Name
**15 Spinning Wheel Rd.
Suite 128
Hinsdale, IL 60521-2984**
Address                **Email: richala@sbcglobal.net**
**630 655-2600  Fax: 630 655-2636**
Telephone Number
**October 3, 2005**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)        Date

### Exhibit C
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

### Signature of Non-Attorney Petition Preparer
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

**Form 4. LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS**

# United States Bankruptcy Court
### Northern District of Illinois

In re  **MARY JO SIBBITT**

Debtor(s)

Case No. _____

Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| ADRIANNE WOO<br>38 DEVONSHIRE<br>Oakbrook Terrace, IL | ADRIANNE WOO<br>38 DEVONSHIRE<br>Oakbrook Terrace, IL | none | Disputed | 300,000.00 |
| ANN WILLIAMSON<br>2061 LAUREL AVENUE<br>Hanover Park, IL 60133 | ANN WILLIAMSON<br>2061 LAUREL AVENUE<br>Hanover Park, IL 60133 | none | Disputed | 35,000.00 |
| Com Ed -- Exelon Corporation<br>10 S. Dearborn -- Attn Legal Dept.<br>PO Box 805398<br>Chicago, IL 60680-5398 | Com Ed -- Exelon Corporation<br>10 S. Dearborn -- Attn Legal Dept.<br>PO Box 805398<br>Chicago, IL 60680-5398 | | | 500.00 |
| JAMES C. CHOW<br>3207 MONTICELLO RD<br>Bloomington, IL 61704 | JAMES C. CHOW<br>3207 MONTICELLO RD<br>Bloomington, IL 61704 | none | Disputed | 75,000.00 |
| JANE NEE-LEI FANG<br>1725 MIDWEST CLUB PARKWAY<br>Oak Brook, IL 60523 | JANE NEE-LEI FANG<br>1725 MIDWEST CLUB PARKWAY<br>Oak Brook, IL 60523 | none | Disputed | 100,000.00 |
| JENNIFER WOO<br>38 DEVONSHIRE<br>Oakbrook Terrace, IL | JENNIFER WOO<br>38 DEVONSHIRE<br>Oakbrook Terrace, IL | none | Disputed | 200,000.00 |
| JIM BONHAM<br>c/o COMMUNITY NATIONAL BANK<br>305 MAOIN STREET<br>Seneca, KS 66538 | JIM BONHAM<br>c/o COMMUNITY NATIONAL BANK<br>305 MAOIN STREET<br>Seneca, KS 66538 | none | Disputed | 35,000.00 |
| JOANNA ELLIS<br>C/O KEVIN M. KELLY<br>10 E. 22ND ST. #216<br>Lombard, IL 60148 | JOANNA ELLIS<br>C/O KEVIN M. KELLY<br>10 E. 22ND ST. #216<br>Lombard, IL 60148 | Judgment | | 45,000.00 |
| JOEL ANDERSON<br>21 W 544 MONTICELLO RD<br>Glen Ellyn, IL 60137 | JOEL ANDERSON<br>21 W 544 MONTICELLO RD<br>Glen Ellyn, IL 60137 | 21 W 611 GLEN PARK RD., GLEN ELLYN IL owned by Mary Jo Sibbit Revocable Trust dated 5/12/2002, of which debtor is beneficiary | | 172,394.24 (750,000.00 secured) (1,398,000.00 senior lien) |
| LISA HOLMES<br>911 N. ELM ST  #123<br>Hinsdale, IL 60521 | LISA HOLMES<br>911 N. ELM ST  #123<br>Hinsdale, IL 60521 | none | Disputed | 50,000.00 |

In re    **MARY JO SIBBITT**      Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **MARIA SEIACGUA**<br>**94 WARRINGTON DR**<br>**Lake Bluff, IL 60044** | **MARIA SEIACGUA**<br>**94 WARRINGTON DR**<br>**Lake Bluff, IL 60044** | **none** | **Disputed** | **50,000.00** |
| **MARTINA WAGE**<br>**c/o Community National Bank**<br>**305 Main Street**<br>**Seneca, KS 66538** | **MARTINA WAGE**<br>**c/o Community National Bank**<br>**305 Main Street**<br>**Seneca, KS 66538** | **none** | **Disputed** | **35,000.00** |
| **RHONDA NEWMAN**<br>**C/O ABRAM EDWARDS & YORK**<br>**4001 OFFICE COURT DR., #406**<br>**Santa Fe, NM 87507** | **RHONDA NEWMAN**<br>**C/O ABRAM EDWARDS & YORK**<br>**4001 OFFICE COURT DR., #406**<br>**Santa Fe, NM 87507** | **none** | **Disputed** | **250,000.00** |
| **ROBERT TERCELL**<br>**C/O DAVID LAZ**<br>**810 ARLINGTONHTS RD #1**<br>**Itasca, IL 60143** | **ROBERT TERCELL**<br>**C/O DAVID LAZ**<br>**810 ARLINGTONHTS RD #1**<br>**Itasca, IL 60143** | | **Disputed** | **35,000.00** |
| **ROBERT WILLIAMSON**<br>**2061 LAUREL AVENUE**<br>**Hanover Park, IL 60133** | **ROBERT WILLIAMSON**<br>**2061 LAUREL AVENUE**<br>**Hanover Park, IL 60133** | **none** | **Disputed** | **35,000.00** |
| **SHARON POPE**<br>**515 N. WALNUT**<br>**Itasca, IL 60143** | **SHARON POPE**<br>**515 N. WALNUT**<br>**Itasca, IL 60143** | **none** | **Disputed** | **35,000.00** |
| **SUE LESUS**<br>**511 W. WESLEY**<br>**Wheaton, IL 60187** | **SUE LESUS**<br>**511 W. WESLEY**<br>**Wheaton, IL 60187** | **none** | **Disputed** | **50,000.00** |
| **SUSAN BOYD**<br>**94 WARRINGTON DR.**<br>**Lake Bluff, IL 60044** | **SUSAN BOYD**<br>**94 WARRINGTON DR.**<br>**Lake Bluff, IL 60044** | **none** | **Disputed** | **30,000.00** |
| **THOMAS FAWELL**<br>**c/o KEATING & SHURE**<br>**150 N. WACKER DR #1550**<br>**Chicago, IL 60606** | **THOMAS FAWELL**<br>**c/o KEATING & SHURE**<br>**150 N. WACKER DR #1550**<br>**Chicago, IL 60606** | **21 W 611 GLEN PARK RD., GLEN ELLYN IL owned by Mary Jo Sibbit Revocable Trust dated 5/12/2002, of which debtor is beneficiary** | | **978,000.00 (750,000.00 secured) (420,000.00 senior lien)** |
| **WENDY YEH**<br>**OakBrook Terrace, IL 60523** | **WENDY YEH**<br>**OakBrook Terrace, IL 60523** | **none** | **Disputed** | **500,000.00** |

In re   **MARY JO SIBBITT**                                                                 Case No.
                                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY

    I, Mary Jo Sibbitt, the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **October 3, 2005**              Signature  **/s/ MARY JO SIBBITT**
                                                   **MARY JO SIBBITT**
                                                   Debtor

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Richard L. Hirsh
Richard L. Hirsh & Associates, P.C.
15 Spinning Wheel Rd.
Suite 128
Hinsdale, IL 60521-2984


MARY JO SIBBITT
21 W. 611 GLEN PARK ROAD
CLEN ELLYN, IL 60137


IRS
STOP 5013CHI
230 S. DEARBORN ST.
Chicago, IL 60604


ILL. DEPT. REVENUE
PO BOX 64338
Chicago, IL 60664-0338


ADRIANNE WOO
38 DEVONSHIRE
Oakbrook Terrace, IL


ANN WILLIAMSON
2061 LAUREL AVENUE
Hanover Park, IL 60133


CFTC; Attn Chas. Marvine; R. hsayes
Division of Enforcement
2 Ervared Cleave II Blvd  #300
Kansas City, MO 64112


Com Ed -- Exelon Corporation
10 S. Dearborn -- Attn Legal Dept.
PO Box 805398
Chicago, IL 60680-5398


GINA KROL
COHEN & KROL
105 W. MADISON STE 1100
Chicago, IL 60602


JAMES C. CHOW
3207 MONTICELLO RD
Bloomington, IL 61704

```
JANE NEE-LEI FANG
1725 MIDWEST CLUB PARKWAY
Oak Brook, IL 60523


JENNIFER WOO
38 DEVONSHIRE
Oakbrook Terrace, IL


JIM BONHAM
c/o COMMUNITY NATIONAL BANK
305 MAOIN STREET
Seneca, KS 66538


JOANNA ELLIS
C/O KEVIN M. KELLY
10 E. 22ND ST. #216
Lombard, IL 60148


JOEL ANDERSON
21 W 544 MONTICELLO RD
Glen Ellyn, IL 60137


LISA HOLMES
911 N. ELM ST    #123
Hinsdale, IL 60521


MARIA SEIACGUA
94 WARRINGTON DR
Lake Bluff, IL 60044


MARK BISHOP
C/O HUCK BOUMA ET AL
1755 S. NAPERVILLE RD   #2200
Wheaton, IL 60187


MARTINA WAGE
c/o Community National Bank
305 Main Street
Seneca, KS 66538


RHONDA NEWMAN
C/O ABRAM EDWARDS & YORK
4001 OFFICE COURT DR., #406
Santa Fe, NM 87507
```

ROBERT TERCELL
C/O DAVID LAZ
810 ARLINGTONHTS RD #1
Itasca, IL 60143


ROBERT WILLIAMSON
2061 LAUREL AVENUE
Hanover Park, IL 60133


SHARON POPE
515 N. WALNUT
Itasca, IL 60143


SUE LESUS
511 W. WESLEY
Wheaton, IL 60187


SUSAN BOYD
94 WARRINGTON DR.
Lake Bluff, IL 60044


SWIFT CREDIT
2100 SWIFT DR
Oak Brook, IL 60523


THOMAS FAWELL
c/o KEATING & SHURE
150 N. WACKER DR #1550
Chicago, IL 60606


WENDY YEH
OakBrook Terrace, IL 60523


WEST SUBURBAN BANK
711 S. MEYERS RD
Lombard, IL 60148